

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Angela Carter v. Tarantino Properties, Inc.

Appellate case number:   01-17-00843-CV

Trial court case number: 2015-57423

Trial court:             215th District Court of Harris County

      Appellant's motion for this court of appeals to determine and ascertain matters necessary to this court's jurisdiction is dismissed as moot.

Judge's signature: */s/ Richard Hightower*
                 Acting for the Court


Date:  January 29, 2019